UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
IN ADMIRALTY

CASE NO. 19-25277-Bloom/Louis

GINI HOFFMAN,

    Plaintiff,

v.

CARNIVAL CORPORATION,

    Defendants.
_____/

## NOTICE OF APPEARANCE AS COUNSEL FOR DEFENDANT

The Clerk of the above style court will please enter the appearance of DONNISE DESOUZA WEBB, ESQ., as Counsel for Defendant, CARNIVAL CORPORATION, d/b/a CARNIVAL CRUISE LINE, INC., in connection with the within cause. Please forward copies of all pleadings, proceedings, papers and/or correspondence generated in this cause to the undersigned as counsel, at the address as set forth below.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 17, 2020, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generate by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Respectfully submitted,

DONNISE DESOUZA WEBB, ESQ
CARNIVAL CORPORATION
3655 N.W. 87th Avenue
Miami, Florida 33178-2428
(305) 406-4838 Direct Phone
(305) 599-2600 Ext. 18024 Assistant's Phone
(305) 406-4732 Telefax
Dedicated Judge's Phone (305) 406-5399
(For Judges only)

By:     *s/ Donnise DeSouza Webb, Esq.*
          Donnise DeSouza Webb, Esq
          FLA. BAR NO: 879398

## SERVICE LIST

| DONNISE DESOUZA WEBB, ESQ.<br>ddesouza@carnival.com<br>3655 N.W. 87th Avenue<br>Miami, FL 33178<br>Telephone: (305) 406-4838<br>Facsimile: (305) 406-4732<br>Attorney for Defendant, CARNIVAL | BRANDON L. CHASE, ESQ.<br>brandon@chasejustice.com<br>LAW OFFICES OF BRANDON L. CHASE, P.A.<br>2800 Ponce de Leon Blvd., Suite 1100<br>Coral Gables, FL  33134<br>Telephone: 305-677-2228<br>Facsimile: 305-677-3232<br>Attorneys for Plaintiff |
|---|---|

[Service via CM/ECF Notice of Electronic Filing]