| | |
|---|---|
| Walters v. Carnival Corp et al,. | Date Filed: 01/16/2020 |
| Assigned to: Chief Judge K. Michael Moore | Jury Demand: Plaintiff |
| Referred to: Magistrate Judge Jacqueline Becerra | Nature of Suit: 340 Marine |
| Cause: 28:1331 Federal Question | Jurisdiction: Federal Question |

**Plaintiff**

**Joseph Walters**     represented by     **Kelly Ann LaVelle May**
Frank D. Butler, PA
10550 US 19 North
Pinellas Park, FL 33782
727-399-2222
Email: kmay@fightingforfamilies.com
*(Inactive)*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Frank D. Butler**
Frank D Butler PA
10550 US Highway 19 North
Pinellas Park, FL 33782
727-399-2222
Fax: 727-399-2202
Email: fdblawfirm@aol.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Carnival Corporation**     represented by     **Donnise DeSouza Webb**
*individually and a foreign corporation*     Carnival Cruise Lines
*doing business as*     3655 NW 87th Avenue
Carnival Cruise Lines     Miami, FL 33178-2428
305-406-4838
Fax: 305-406-5347
Email: ddesouza@carnival.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Martin Leonard Steinberg**
Hogan Lovells US, LLP
600 Brickell Avenue
27th Floor
Miami, FL 33131
305-459-6629
Fax: 305-459-6550

Exhibit A

Email: marty.steinberg@hoganlovells.com
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

**David B Massey**
Hogan Lovells US LLP
600 Brickell Avenue, Suite 2700
Miami, FL 33131
350-459-6678
Fax: 305-459-6550
Email: david.massey@hoganlovells.com
ATTORNEY TO BE NOTICED

| Date Filed | # | Docket Text |
|---|---|---|
| 03/23/2020 | 26 | PAPERLESS ORDER. THIS CAUSE came before the Court upon Defendant Carnival Corp.'s Motion for Entry of an Administrative Order. 20 . Therein, Defendant Carnival requests the entry of an administrative order staying all matters which are pending in the Southern District of Florida in which Defendant Carnival is a party for forty-five days. Id. at 1. Defendant Carnival argues that "[m]oving for relief in each case would be incredibly time-consuming and likely lead to inconsistent results." 20 at 2. Plaintiffs who have filed lawsuits against Defendant Carnival, but are not Plaintiffs in the instant matter, filed a Notice of Interested Parties 22 and a Response opposing the relief sought 24 . Defendant Carnival filed a reply. 25 . The Motion is now ripe for review.<br><br>The Chief Judge has the power "to close all operations of the Court" "in the event of natural disaster or other serious emergency." S.D. Fla. Internal Operating Procedure 3.01.00. Accordingly, on March 21, 2020, due to the continued spread of COVID-19, the Court continued all jury trials which were set to begin before April 27, 2020. See S.D. Fla. Admin. Order 2020-21 at 1. Further, in the Court's Administrative Order, the Court provides that "[i]ndividual judges may continue trial-specific deadlines in civil cases in the exercise of their discretion." Id. Therefore, it is within the discretion of each individual judge to decide whether to stay civil cases pending before him or her.<br><br>Accordingly, UPON CONSIDERATION of the Motion, the pertinent portions of the record, and being otherwise fully advised in the premises, it is hereby ORDERED AND ADJUDGED that the Motion 20 is DENIED. Signed by Chief Judge K. Michael Moore on |