UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ADMINISTRATIVE ORDER 2020-18

IN RE: CORONAVIRUS PUBLIC EMERGENCY

_____/

FILED BY __CW__ D.C.
Mar 13, 2020
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIA

### ORDER CONCERNING JURY TRIALS AND OTHER PROCEEDINGS

**WHEREAS**, the Centers for Disease Control and Prevention and other public health authorities have advised the taking of precautions to reduce the possibility of exposure to the coronavirus and COVID-19 and slow the spread of the disease;

**THEREFORE**, in order to protect public health, and in order to reduce the size of public gatherings and reduce unnecessary travel, the United States District Court for the Southern District of Florida hereby issues the following order:

1. The United States courthouses in Miami, Fort Lauderdale, West Palm Beach, Fort Pierce and Key West, including Bankruptcy Court and Probation, will remain open for business, subject to the following limitations.

2. Effective immediately, all jury trials in the Southern District of Florida scheduled to begin on or after March 16, 2020, until March 30, 2020, are continued pending further order of the Court. The Court may issue other orders concerning future continuances as necessary and appropriate.

3. All trial-specific deadlines in criminal cases scheduled to begin before March 30, 2020, are continued pending further order of the Court. Individual judges may continue trial-specific deadlines in civil cases in the exercise of their

Exhibit B

discretion.

4. Individual judges presiding over criminal proceedings may take such actions consistent with this order as may be lawful and appropriate to ensure the fairness of the proceedings and preserve the rights of the parties.

5. The Court is cognizant of the right of criminal defendants to a speedy and public trial under the Sixth Amendment, and the particular application of that right in cases involving defendants who are detained pending trial. Any motion by a criminal defendant seeking an exception to this order in order to exercise that right should be directed to the District Judge assigned to the matter in the first instance; provided, however, that no such exception may be ordered without the approval of the Chief Judge after consultation with the Court.

6. The time period of any continuance entered as a result of this order shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), as the Court finds that the ends of justice served by taking that action outweigh the interests of the parties and the public in a speedy trial. Absent further order of the Court or any individual judge, the period of exclusion shall be from March 16, 2020, to March 30, 2020. The Court may extend the period of exclusion as circumstances may warrant.

7. Individual judges may continue to hold hearings, conferences, and bench trials in the exercise of their discretion, consistent with this order.

8. Judges are strongly encouraged to conduct court proceedings by telephone or video conferencing where practicable.

9. Criminal matters before Magistrate Judges, such as initial appearances, arraignments, detention hearings, and the issuance of search warrants, shall continue to take place in the ordinary course.

10. Grand juries shall continue to meet pending further order of the Court.

11. The Clerk's Office, Probation, the Bankruptcy Court, and all other Court services shall remain open pending further order of the Court.

**DONE AND ORDERED** in Chambers at Miami, Miami-Dade County, Florida, this 13th day of March, 2020.

K. MICHAEL MOORE
UNITED STATES CHIEF DISTRICT JUDGE

c: Honorable Ed Carnes, Chief Judge, Eleventh Circuit
All Southern District Judges, Bankruptcy and Magistrate Judges
James Gerstenlauer, Circuit Executive, Eleventh Circuit
Ariana Fajardo Orshan, United States Attorney
Gadyaces Serralta, United States Marshal
Michael Caruso, Federal Public Defender
Angela E. Noble, Court Administrator • Clerk of Court
Joe Falzone, Clerk, Bankruptcy Court
Katherine Koonce, Chief Probation Officer
Library

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**ADMINISTRATIVE ORDER 2020-20**

IN RE:   COURT OPERATIONS UNDER THE
EXIGENT CIRCUMSTANCES CREATED BY
COVID-19 AND RELATED CORONAVIRUS

_____/

FILED BY ____CW____ D.C.
Mar 18, 2020
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIA

This Order is issued in response to the developing outbreak of Novel Coronavirus 2019 (COVID-19) and in conjunction with Administrative Order 2020-18 entered on March 13, 2020, which limited in-court appearances and continued all jury matters.

In response to the continued spread of COVID-19, President Trump has declared a national emergency and issued guidelines directing at-risk individuals, including those 60 and older, to stay home and to distance themselves from others, encouraging everyone to work from home whenever possible, to avoid discretionary travel, and to avoid social gatherings in groups of ten or more. The Centers for Disease Control and Prevention ("CDC") and other health authorities have advised that precautions be taken to reduce the possibility of exposure to the COVID-19 virus and to slow the spread of the disease. In particular, the CDC recommends that individuals attempt to keep physical distance between themselves. This technique, known as social distancing, is especially important for those at higher health risk of contracting the disease.  The CDC recommends employers attempt to minimize exposure between employees and the public and to consider the public health and safety when scheduling group or public events. Additionally, there is recent evidence indicating that COVID-19 may be spread by persons who are asymptomatic.

Given this guidance, and to protect the safety and health of all those entering and working within the Courthouse, it is hereby

**ORDERED** that effective immediately, the United States District Court, Southern District

of Florida, including the United States Probation Office, will reduce staffing at all Courthouse locations and Probation offices, to a level necessary to maintain essential operations. All other employees are placed on telework status effective immediately. The Clerk of Court and Chief Probation Officer shall exercise discretion in designating which employees, on a rotational basis, are necessary to maintain essential operations at each Courthouse location and Probation office. It is hereby

**ORDERED** that effective immediately, the Clerk's Office public Intake windows will be open only between the hours of 9:30–10:30 a.m. and 3:30–4:30 p.m., Monday through Friday, excluding federal holidays. The Magistrate window will be open during normal business hours for new arrests and posting of bonds only.

This Order shall remain in effect until further order of the Court.

**DONE AND ORDERED** in Chambers at Miami, Miami-Dade County, Florida, this 18th day of March 2020.

K. MICHAEL MOORE
UNITED STATES CHIEF DISTRICT JUDGE

c:  Honorable Ed Carnes, Chief Judge, Eleventh Circuit Court of Appeals
    All Southern District, Bankruptcy and Magistrate Judges
    James Gerstenlauer, Circuit Executive
    United States Marshal
    United States Attorney
    Federal Public Defender
    Court Administrator · Clerk of Court
    Clerk, Bankruptcy Court
    Chief Probation Officer
    Daily Business Review
    Library

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ADMINISTRATIVE ORDER 2020-21

IN RE: CORONAVIRUS PUBLIC EMERGENCY

_____/

FILED BY____PJ____D.C.
Mar 20, 2020
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIA

## SECOND ORDER CONCERNING JURY TRIALS AND OTHER PROCEEDINGS

This Order is issued in conjunction with Administrative Order 2020-18 entered on March 13, 2020, which limited in-court appearances and continued all jury matters.

**THEREFORE**, the United States District Court for the Southern District of Florida hereby issues the following Order:

1. The United States Courthouses in Miami, Fort Lauderdale, West Palm Beach, Fort Pierce, and Key West, including Bankruptcy Court and Probation, will remain open for business, with reduced staffing, to a level to maintain essential operations, consistent with Administrative Order 2020-20 and subject to the following limitations.

2. All jury trials in the Southern District of Florida scheduled to begin on or after March 30, 2020, until April 27, 2020, are continued pending further Order of the Court. The Court may issue other Orders concerning future continuances as necessary and appropriate.

3. All trial-specific deadlines in criminal cases scheduled to begin before April 27, 2020, are continued pending further Order of the Court. Individual judges may continue trial-specific deadlines in civil cases in the exercise of their discretion.

4. Individual judges presiding over criminal proceedings may take such actions consistent with this Order as may be lawful and appropriate to ensure the fairness of the proceedings and preserve the rights of the parties.

5.	The Court is cognizant of the right of criminal defendants to a speedy and public trial under the Sixth Amendment, and the particular application of that right in cases involving defendants who are detained pending trial. Any motion by a criminal defendant seeking an exception to this Order in order to exercise that right should be directed to the District Judge assigned to the matter in the first instance; provided, however, that no such exception may be ordered without the approval of the Chief Judge after consultation with the Court.

6.	The time period of any continuance entered as a result of this Order shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), as the Court finds that the ends of justice served by taking that action outweigh the interests of the parties and the public in a speedy trial. Absent further Order of the Court or any individual judge, the period of exclusion shall be from March 30, 2020, to April 27, 2020.  The Court may extend the period of exclusion as circumstances may warrant.  This Order and period of exclusion are incorporated by reference as a specific finding pursuant to 18 U.S.C. § 3161(h)(7)(A) in the record of each pending case where the Speedy Trial Act applies. *See Zedner v. United States*, 547 U.S. 489, 506–07 (2006).  The period of exclusion in this Court's prior Administrative Order 2020-18 on this subject is likewise incorporated by reference as a specific finding pursuant to 18 U.S.C. § 3161(h)(7)(A) in the record of each pending case where the Speedy Trial Act applies.

7.	Individual judges may continue to hold hearings, conferences, and bench trials in the exercise of their discretion, consistent with this Order.

8.	Judges are strongly encouraged to conduct court proceedings by telephone or video conferencing where practicable.

9. Criminal matters before Magistrate Judges, such as initial appearances, arraignments, detention hearings, and the issuance of search warrants, shall continue to take place in the ordinary course.

10. Grand juries shall continue to meet pending further Order of the Court.

11. The Clerk's Office, Probation, the Bankruptcy Court, and all other Court services shall remain open with reduced staffing, at a level to maintain essential operations, consistent with Administrative Order 2020-20.

This Order shall remain in effect until further Order of the Court.

**DONE AND ORDERED** in Chambers at Miami, Miami-Dade County, Florida, this 20th day of March, 2020.

*K. M. Moore*
K. MICHAEL MOORE
UNITED STATES CHIEF DISTRICT JUDGE

c:  Honorable Ed Carnes, Chief Judge, Eleventh Circuit
All Southern District Judges, Bankruptcy and Magistrate Judges
James Gerstenlauer, Circuit Executive, Eleventh Circuit
Ariana Fajardo Orshan, United States Attorney
Gadyaces Serralta, United States Marshal
Michael Caruso, Federal Public Defender
Angela E. Noble, Court Administrator • Clerk of Court
Joe Falzone, Clerk, Bankruptcy Court
Katherine Koonce, Chief Probation Officer
Library