THE ELEVENTH JUDICIAL CIRCUIT
MIAMI-DADE COUNTY, FLORIDA

CASE NO. 20-1
(Court Administration)

ADMINISTRATIVE ORDER
NO. 20-03

IN RE: COVID-19 EMERGENCY PROCEDURES;
CANCELLATION OF ALL NON-EMERGENCY
PROCEEDINGS, EXCEPT MISSION CRITICAL
COURT MATTERS, FROM MARCH 17-27, 2020
IN THE ELEVENTH JUDICIAL CIRCUIT OF
FLORIDA
_____/

**WHEREAS**, Supreme Court Administrative Order No. AOSC20-13 sets forth COVID-19 Emergency Procedures in the Florida State Courts.

**WHEREAS,** pursuant to Administrative Order No. 20-02 and No. 20-02 A1, entered on March 16, 2020, emergency procedures for temporary closure of Court facilities to the public were established to mitigate the transmission of COVID-19, and the Eleventh Judicial Circuit Court implemented its Continuity of Operations Plan.

**WHEREAS,** due to the public health emergency, it is necessary to set forth additional procedures regarding all non-emergency proceedings and mission critical court matters.

**NOW, THEREFORE,** pursuant to the authority vested in me as Chief Judge of the Eleventh Judicial Circuit of Florida, pursuant to Rule 2.215, Florida Rules of Judicial Administration, it is hereby **ORDERED:**

1. All non-emergency court proceedings, including, but not limited to, special set hearings, trials[1], and all calendars, including, but not limited to, motions, pretrial motions, foreclosures, uncontested divorces and case management conferences, will be cancelled during the time period from March 17 through March 27, 2020, except for mission critical matters.

2. Mission critical court matters include:
    - First Appearances (Bond hearings);

---

[1] Except those trials authorized by Administrative Order No. 20-02 A1, Eleventh Judicial Circuit Court.

Exhibit C

- Arraignment hearings for in-custody defendants. However, defendant's presence is not needed. If there is a written plea, the case will be set for trial. If there is no written plea, the arraignment hearing will be reset;
- Baker Act and Marchman Act (Substance Abuse) hearings;
- Juvenile Shelter and Detention hearings;
- Filing of Emergency Petitions for Temporary Injunctions (domestic violence, dating, stalking, repeat and sexual violence and risk protection orders). All final hearings pursuant to these injunctions will be cancelled and reset. All temporary injunctions will be extended and remain in full force and effect until the next hearing date;
- Emergency proceedings set by the presiding judge. Emergency proceedings will be conducted remotely wherever possible as directed by the individual judge.

3. In light of the public health emergency and the doctrine of impossibility, all time limits set by judicial order and/or authorized by rule and statute applicable to civil (inclusive of circuit and county), family, domestic violence, probate, small claims, and appellate proceedings are suspended from the close of business day Friday, March 13, 2020 until the close of business day on Monday March 30, 2020.

**DONE AND ORDERED** in Chambers in Miami-Dade County, Florida, this 17th day of March 2020.

**BERTILA SOTO, CHIEF JUDGE**
**ELEVENTH JUDICIAL CIRCUIT OF FLORIDA**