UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI CIVIL DIVISION

CASE NO. 19-CV-25277-Bloom/Louis

GINI HOFFMAN,

    Plaintiff,

vs.

CARNIVAL CORPORATION, a
foreign corporation,

    Defendant.
_____/

## [PROPOSED] ORDER GRANTING CARNIVAL CORPORATION'S MOTION FOR STAY

This matter comes before the Court upon Defendant, CARNIVAL CORPORATION d/b/a CARNIVAL CRUISE LINE's ("Carnival"), Motion for Stay (the "Motion") [ECF No. __]. Carnival filed its Motion based on the unique and unprecedented circumstances it is facing due to the Coronavirus ("COVID-19") crisis.

The COVID-19 pandemic has had pervasive effects on business and society and on an the international cruise line industry at large. Moreover, most offices are closed, including law firms. Many courts, such as those in Miami-Dade County, have essentially shut down except for emergencies. Travel is either banned or severely restricted. Access to equipment needed to prepare, file, serve, and effectuate pleadings is unavailable. The majority of lawyers and staff (and court personnel) are working from their homes or on leave. Carnival is thus severely restricted in terms of its access to facilities, access to employees, ability to meet and communicate, search computer systems, provide witnesses and evidence, and perform the functions a litigant would otherwise perform, but for COVID-19. Likewise, individual parties are

also extremely hampered by similar restrictions, prohibitions, quarantine, or self-distancing. Carnival's Motion reflects the unique circumstances facing an international cruise line, in terms of being able to respond to deadlines in the coming days and weeks.

This Order is in further response to the outbreak of COVID-19 and the deepening crisis in combatting and containing the virus. President Trump on March 13, 2020, declared a National Emergency in response to the nationwide outbreak, which the World Health Organization has declared a global pandemic. Most states have declared an emergency and urged citizens to stay home except for critical issues. The Centers for Disease Control and Prevention has issued guidance to combat the spread of disease, and to promote the health and well-being of the nation.

Given the unprecedented severity of the risks presented by this national and local emergency to the public, litigants, counsel, court staff, and other agencies, it is hereby **ORDERED AND ADJUDGED** that:

1. This case is stayed for forty-five (45) days through and including Saturday, May 9, 2020, and this stay may be CONTINUED pending further order of the Court. All deadlines and schedules are accordingly extended by forty-five days. The Court may issue further orders concerning future continuances, as necessary and appropriate.

2. All orders scheduling in-person hearings are VACATED.

3. **DONE AND ORDERED** in Chambers at Miami, Florida, this _____ day of March, 2020.

_____
UNITED STATES DISTRICT JUDGE

Copies furnished to:
All Counsel of Record by CM/ECF