UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-cv-25277-BLOOM/Louis

GINI HOFFMAN,

    Plaintiff,

v.

CARNIVAL CORPORATION,
*doing business as* Carnival Cruise Lines,

    Defendant.
_____/

## ORDER ON MOTION FOR STAY

**THIS CAUSE** is before the Court upon Defendant Carnival Corporation's Unopposed Motion For Stay, ECF No. [12] ("Motion"), filed on March 25, 2020. The Court has reviewed the Motion, the record, and is otherwise fully advised in the premises. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Motion, **ECF No. [12],** is **GRANTED**.

2. This case is **STAYED** for forty-five (45) days, until **May 11, 2020**.

3. Defendant is directed to file a status update on May 12, 2020 apprising the Court of whether an extension of the stay is required at that time.

4. The Clerk of Court shall **CLOSE** this case for administrative purposes only.

5. To the extent not otherwise disposed of, all deadlines are **TERMINATED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, on March 26, 2020.

                                                            _____
                                                            **BETH BLOOM**
                                                            **UNITED STATES DISTRICT JUDGE**

Case No. 19-cv-25277-BLOOM/Louis

Copies to:

Counsel of Record