UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
IN ADMIRALTY

CASE NO. 19-25277-Bloom/Louis

GINI HOFFMAN,

    Plaintiff,
v.

CARNIVAL CORPORATION,

    Defendant.
_____/

## **STATUS REPORT**

COMES NOW, the Defendant, CARNIVAL CORPORATION, by and through their undersigned counsel, and files Joint Status Report pursuant to Order on Motion for Stay entered by this Honorable Court [DE 13], as follows:

1. This litigation involves a maritime personal injury action which Plaintiff alleges occurred on one of Defendant's passenger cruise ships.

2. Due to the COVID-19 pandemic, the Defendant filed its Unopposed Motion to Stay this litigation on March 25, 2020.  [DE 12].

3. This Honorable court administratively closed the case and ordered the Defendant to file a status update on May 12, 2020 apprising the Court of whether an extension of the stay is required at that time. [DE 13].

4. Carnival seeks an extension of the stay through August 1, 2020, to be revisited on that date for the reasons stated herein.  Plaintiff does not object to the requested extension.

5. These are unprecedented times. The U.S. economy, and many more of the world's strongest economies, has been dramatically and negatively impacted for over a month to try and slow the spread of the Coronavirus ("COVID-19") pandemic. In the U.S. alone, over 80,000 people have died due to COVID-19 with health experts anticipating thousands more. Millions of Americans have already lost their jobs. Businesses large and small, including Carnival, are fighting to preserve their companies' future and their employees' livelihoods. This is not business as usual. Litigants should not be expected, or forced, to litigate as usual.

6. "The cruise industry and Carnival have been particularly, and in many ways disproportionately, affected by this pandemic. On March 13, 2020, Carnival shut down all cruise operations and subsequently closed its Miami offices due to the COVID-19 pandemic. Given the continued spread of COVID-19 throughout the U.S. and based on the Centers for Disease Control and Prevention's ("CDC") anticipated extension of social-distancing guidelines into June 2020, Carnival extended the suspension of its cruise operations through June 27, 2020. The CDC has since extended its "No Sail Order" to all U.S. cruise ships until either the expiration of the Secretary of Health and Human Services' declaration that COVID-19 constitutes a public health emergency, the CDC Director rescinds or modifies the order based on public health considerations, or 100 days from the date of the publication of the order which occurred on April 15, 2020.  100 days from April 15 is July 24, 2020.  (The CDC Order is published in the Federal Register and can be located at https://www.federalregister.gov/d/2020-07930).

7.  On May 4, 2020, Carnival announced a further complete pause in operations through at least August 31, 2020, advising that may try to operate a limited number of cruises from three homeports in North America beginning on August 1, 2020 should circumstances allow it. Only eight of Carnival's 27 ships could be in operation at that time. All other North American and Australian cruise operations are suspended through August 31, 2020. It remains unclear precisely when Carnival will be able to reopen its Miami offices and resume all normal cruise operations. Any resumption of cruise operations will of course be contingent upon, and subject to, additional directives and orders from government officials and entities, as the company continues its cooperation with federal, state, local and international government officials is support of public health efforts.

8.  In the interim, the majority of the Carnival fleet is being used to repatriate tens of thousands of crewmembers to their home countries and none of the ships are available for inspections or visits at ports in North America. The underlying incident in this case occurred on a gangway in the port of call of Grand Cayman.

9.  In addition to the foregoing, the need to Stay this case at least through August 1, 2020 is based on the following:

   a.  This litigation involves an alleged slip and fall accident on the Lido Deck of the Carnival Sunshine, which necessitates both parties having the ability to conduct a physical inspection, analysis and testing of the deck. The subject vessel is not readily available for inspection, as it is at anchorage off the coast of the Bahamas. It is currently unknown when the vessel will be accessible for either party to inspect for purposes of this

litigation due to the future uncertainty of COVID-19 restrictions and logistics.

  b.  The crew members who may have knowledge or information in this litigation are currently not accessible to participate in discovery or sit for depositions, as they are currently in their home countries (ie, India, Ukraine, and South Africa); on vessels repatriating crew members to the Caribbean, Europe and the Philippines; or on vessels at anchorage off the coast of the Bahamas and Panama. It is unknown when they will be available to participate given the future uncertainty of our circumstances.

  c.  Plaintiff, who is 66 years old, alleges an orthopedic injury, which necessitates an in person Rule 26 physical examination in the Southern District of Florida. With the current status of the COVID-19 crisis, it is in Plaintiff's best interest not to have to travel from Virginia to South Florida for an in person examination, which is required to evaluate her injury.

9. Based on the extended suspension of Carnival's normal business operations at least through August 2020 and the various state and local government orders restricting the ability of residents in this District—many of whom work with or for Carnival—to leave their homes, meet with others, or even go about their daily lives, the parties jointly agree that this case is not ready to be re-opened at this time. Due to these necessary delays, the Defendant anticipates additional deadline extensions, including those regarding discovery, expert report and disclosure deadlines and possibly pre-trial requirements, and the scheduled trial date.

WHEREFORE, the Defendant respectfully requests that this litigation remain administratively closed through August 1, 2020, and that the Defendant shall file a Status Report at that time. Plaintiff does not object to the relief sought.

DATED this 11th day of May, 2020.

                Respectfully submitted,

                DONNISE DESOUZA WEBB, ESQ
                CARNIVAL CORPORATION
                3655 N.W. 87th Avenue
                Miami, Florida 33178-2428
                (305) 406-4838 Direct Phone
                (305) 599-2600 Ext. 18024 Assistant's Phone
                (305) 406-4732 Telefax
                Dedicated Judge's Phone (305) 406-5399
                (For Judges only)

                By:    *s/ Donnise DeSouza Webb, Esq.*
                      Donnise DeSouza Webb, Esq
                      FLA. BAR NO: 879398

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 11th, 2020, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generate by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

DONNISE DESOUZA WEBB, ESQ
CARNIVAL CORPORATION
3655 N.W. 87th Avenue
Miami, Florida 33178-2428
(305) 406-4838 Direct Phone
(305) 599-2600 Ext. 18024 Assistant's Phone
(305) 406-4732 Telefax
Dedicated Judge's Phone (305) 406-5399
(For Judges only)

By: *s/ Donnise DeSouza Webb, Esq.*
     Donnise DeSouza Webb, Esq
     FLA. BAR NO: 879398

## SERVICE LIST

| | |
|---|---|
| DONNISE DESOUZA WEBB, ESQ.<br>ddesouza@carnival.com<br>3655 N.W. 87th Avenue<br>Miami, FL 33178<br>Telephone: (305) 406-4838<br>Facsimile: (305) 406-4732<br>Attorney for Defendant, CARNIVAL | BRANDON L. CHASE, ESQ.<br>brandon@chasejustice.com<br>LAW OFFICES OF BRANDON L. CHASE, P.A.<br>2800 Ponce de Leon Blvd., Suite 1100<br>Coral Gables, FL 33134<br>Telephone: 305-677-2228<br>Facsimile: 305-677-3232<br>Attorneys for Plaintiff, HOFFMAN |

[Service via CM/ECF Notice of Electronic Filing]