# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 19-cv-25277-BLOOM/Louis

GINI HOFFMAN,

      Plaintiff,

v.

CARNIVAL CORPORATION,
*doing business as* Carnival Cruise Lines,

      Defendant.

_____/

## <u>ORDER EXTENDING STAY</u>

**THIS CAUSE** is before the Court upon the Status Report, ECF No. [14] ("Report"), filed on May 11, 2020, pursuant to the Court's Order on Motion to Stay, ECF No. [13]. In the Report, Defendant Carnival Corporation ("Defendant") requests that the Court extend the stay in this case until August 1, 2020. The Court has reviewed the Report and the record in this case, and is otherwise fully advised in the premises. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Defendant's request for further stay is granted.

2. This case shall continue to be **STAYED** until **August 1, 2020**.

3. Defendant is directed to file a status update on August 1, 2020 apprising the Court of whether a further extension of the stay is required at that time.

4. This case shall remain closed.

Case No. 19-cv-25277-BLOOM/Louis

**DONE AND ORDERED** in Chambers at Miami, Florida, on May 11, 2020.

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record